# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

138111

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KAREN CHABAN BENTON,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138111
COA: 286873
Oakland CC: 07-008725-AR

On order of the Court, the application for leave to appeal the December 2, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

0420

_____
Clerk